### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**RYAN WOOD, et al.**

    **Plaintiffs,**

v.

**MILLER INVESTMENT GROUP, INC., et al.**

    **Defendants.**

Case No. 22-2279-DDC-RES

### MEMORANDUM AND ORDER

Plaintiffs have filed this lawsuit alleging claims against several defendants—including John Doe I, John Doe II, and John Doe III. *See generally* Doc. 1. While plaintiffs initially may sue unknown defendants by naming them as "John Doe," that permission doesn't last forever. "The Federal Rules of Civil Procedure [do] not permit such actions against unnamed defendants following a suitable length of time for the plaintiff to identify the John Does." *Culp v. Williams*, 456 F. App'x 718, 720 (10th Cir. 2012).

Mindful of this authority, the court directs assigned United States Magistrate Judge Rachel E. Schwartz to confer with the parties about an appropriate schedule to govern this "suitable length of time" for plaintiffs to identify this case's three John Doe defendants.

**IT IS SO ORDERED.**

**Dated this 28th day of July, 2022, at Kansas City, Kansas.**

                                               s/ Daniel D. Crabtree
                                               **Daniel D. Crabtree**
                                               **United States District Judge**